NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE EDWARD BEVERLY MORRISON, PETR VALENTINOVICH KUZMIN, AND PAVEL TISHIN**

---

2014-1050

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 12/827,650.

---

**JUDGMENT**

---

THOMAS P. PAVELKO, Novak Druce Connolly Bove + Quigg LLP, of Washington, DC, argued for appellants. With him on the brief were HENRY A. PETRI, JR., BRIAN McKNIGHT and DANIEL P. MULLARKEY.

KRISTI L. R. SAWERT, Associate Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee. With her on the brief were NATHAN K. KELLEY, Deputy General Counsel for Intellectual Property Law and Solicitor, and WILLIAM LAMARCA, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, CLEVENGER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| June 10, 2014 | /s/  Daniel  E.  O'Toole |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |